**FILED**

NOV 18 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. LENORE LUDLOW,<br><br>                Plaintiff/Relator,<br><br>  vs.<br><br>BELLAMAH VEIN & SURGERY, PLLC, d/b/a BELLAMAH VEIN CENTER and d/b/a BELLAMAH VEIN AND SURGERY, DAVID BELLAMAH, M.D., and JOHN DOES 1–5,<br><br>              Defendants. | CV 18–57–M–DLC<br><br><br>*SEALED* ORDER |

The Court, having considered the United States' Fourth Unopposed Motion for Extension of Time to Elect Whether to Intervene (Doc. 15), and having found good cause for extending the intervention period for six months under 31 U.S.C. § 3730(b)(3), orders as follows:

IT IS ORDERED that the United States' Motion (Doc. 15) is GRANTED. The United States shall notify the Court of its decision regarding intervention in this action by May 20, 2020.  This is the United States' final extension.

-1-

IT IS FURTHER ORDERED that, except as otherwise provided in the

Court's May 15, 2018 Order (Doc. 7), this *qui tam* action, the complaint, and all

other filings in this case, including this Order, shall remain UNDER SEAL until

further order of this Court.

DATED this 18th day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-2-