IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LENORE LUDLOW,<br><br>　　　　　Plaintiff/Relator,<br><br>　vs.<br><br>BELLAMAH VEIN & SURGERY, PLLC, d/b/a BELLAMAH VEIN CENTER and d/b/a BELLAMAH VEIN AND SURGERY, DAVID BELLAMAH, M.D., and JOHN DOES 1–5,<br><br>　　　　　Defendants. | CV 18–57–M–DLC<br><br><br>ORDER |

The United States has elected to intervene in part of this action and has declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). (Doc. 25.) The United States has also asked for 90 days to file its Complaint. Accordingly,

　　IT IS ORDERED that

　　1. The Relator's Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order remain under

-1-

seal for 90 days from the date of this Order, at which time these specific documents shall be unsealed without further order of this Court;

 2. The United States file its Complaint within 90 days of this Order;

 3. The United States serve its Complaint upon Defendants, together with this Order, within 120 days from the date of this Order;

 4. The Relator serve its Complaint upon Defendants within 120 days from the date of this Order;

 5. All other papers or Orders on file in this matter remain under seal;

 6. The seal be lifted on all other matters occurring in this action after 90 days from the date of this Order;

 7. As to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

 8. All orders of this Court shall be sent to the United States; and that

 9. Should the Relator or the Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or

otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 25th day of May, 2021.

                              /s/ Dana L. Christensen
                              Dana L. Christensen, District Judge
                              United States District Court