IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LENORE LUDLOW,<br><br>　　　　　Plaintiff/Relator,<br><br>vs.<br><br>BELLAMAH VEIN & SURGERY, PLLC, d/b/a/ BELLAMAH VEIN CENTER and d/b/a/ BELLAMAH VEIN AND SURGERY, DAVID BELLAMAH, M.D., and JOHN DOES 1-5,<br><br>　　　　　Defendants. | CV 18–57–M–DLC<br><br><br>ORDER |

　　　　Before the Court is the United States and Relator Lenore Ludlow's Joint Stipulation of Dismissal. (Doc. 43.) Defendants have not been formally served or appeared in this matter. (*Id.* at 1.)

　　　　Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a)(1).

　　　　DATED this 15th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1